JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Daryl G. Crouse,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>eAccidents, APC; Tal Hassid, Avi E. Muhtar; Jeff Goldstein; and DOES 1 to 25, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-09371-ODW<br><br>**ORDER FOR DISMISSAL OF SIXTH CAUSE OF ACTION AND REMAND TO STATE COURT**<br><br>District Judge: Hon. Otis D. Wright, II<br><br>Removal Filed: November 6, 2023<br>Action Filed:　October 2, 2023 |

### ORDER DISMISSING SIXTH CAUSE OF ACTION

Pursuant to the stipulation of the parties, IT IS ORDERED that the sixth cause of action for religious discrimination under Title VII of the Civil Rights act of 1964 is **DISMISSED, WITH PREJUDICE**.

### ORDER TO REMAND

Pursuant to the stipulation of the parties, IT IS ORDERED that this action be, and hereby is, **REMANDED** to the Los Angeles County Superior Court, Stanley Mosk Courthouse, 111 N. Hill Street, Los Angeles CA 90012, Case No. 23STCV23905, as to all claims, causes of action, parties, and cross-complaint, with each party bearing that

party's own attorneys' fees and costs relative to the removal and this remand.  All dates and deadlines are **VACATED**.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED**.

Date: November 14, 2023

_____
Hon. OTIS D. WRIGHT, II
United States District Court
Central District of California